United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONARDO ALEXANDER DUOQU ZAMBRANO,

Plaintiff,

v.

CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,

Defendant.

Case No. 3:26-cv-13742-JSC

**ORDER OF TRANSFER**

This is a habeas case brought pursuant to 28 U.S.C. § 2241 by an immigration detainee who is representing himself. Petitioner challenges his detention by the United States Immigration and Customs Enforcement at the California City Detention Facility in Kern County, which lies in the Eastern District of California. The Petition was filed while he was detained at that location. The Petition is captioned for the United States District Court Eastern District of California and that is where Petitioner alleges venue would be proper. (Dkt. No. 1 at 1, 2.) The Petition was nonetheless mailed to this District for filing. This action is TRANSFERED to the Eastern District of California, as that is the district of detention. *See* 28 U.S.C. §§ 1406(a), 2241(a); *see also Doe v. Garland*, 109 F.4th 1188, 1197-98 (9th Cir. 2024).

**IT IS SO ORDERED.**

Dated: November 19, 2026

JACQUELINE SCOTT CORLEY
United States District Judge